**STATE of Missouri, Respondent,**

v.

**Dee Anne PAGEL, Appellant.**

**No. WD 74018.**

Missouri Court of Appeals,
Western District.

Oct. 30, 2012.

Emmett D. Queener, Assistant Public Defender, Columbia, MO, for appellant.

Chris Koster, Attorney General, Jennifer A. Wideman, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, and JAMES M. SMART, JR., and KAREN KING MITCHELL, Judges.

**Order**

**PER CURIAM:**

Dee Anne Pagel appeals her convictions, following a jury trial, of second-degree (felony) murder, first-degree assault, and two counts of armed criminal action. Pagel raises three claims of error: first, she argues that her statements to Detective Mayhew should have been suppressed based upon an alleged violation of her right to counsel; second, she claims that the evidence was insufficient to support her convictions of first-degree assault and armed criminal action; and third, she claims the jury was improperly instructed regarding accomplice liability. Finding no error, we affirm. Rule 30.25(b).